478 A.2d 95

Commonwealth v. Jackson, Appellant.

Petition for Allowance of Appeal
Denied Oct. 12, 1984.

Submitted April 16, 1984. James A. Lammendola, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.

478 A.2d 95

Commonwealth v. Kovach, Appellant.

Argued May 16, 1984. David J. Weaver, for appellant; Dennis M. McGlynn, Assistant District Attorney, for appellee.

Before CAVANAUGH, POPOVICH and HESTER, JJ.

Judgment of sentence affirmed.